EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LARRY L. BUTRICK  #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: larry.butrick@usadoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2004

at __1__ o'clock and __50__ min. __9__ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 04-00236 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>    Plaintiff,  )<br>)<br>  vs.  )<br>)<br>DARNELL K. JOHNSON,  )<br>)<br>    Defendant.  )<br>_____) | CR. NO. _____<br><br>INFORMATION<br><br>[18 U.S.C. §§ 641 and 2] |

## INFORMATION

### COUNT 1

The United States Attorney charges that:

On or about the 6th day of February, 2003, in the District of Hawaii, the defendant, DARNELL K. JOHNSON, did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  ship parts and related metals with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 2

The United States Attorney further charges that:

On or about the 11th day of February, 2003, in the District of Hawaii, the defendant, DARNELL K. JOHNSON, did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  a valve for a United States Navy ship, with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 3

The United States Attorney further charges that:

On or about the 15th day of March, 2003, in the District of Hawaii, the defendant, DARNELL K. JOHNSON, did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  ship parts and related metals with a value in excess of $1,000.00.

///
///
///

All in violation of Title 18, United States Code, Sections 641 and 2.

DATED: \_\_\_\_\_JUN 23 2004\_\_\_\_\_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By \_\_\_\_\_/s/ Larry L. Butrick\_\_\_\_\_
LARRY L. BUTRICK
Assistant U.S. Attorney

United States v. Darnell K. Johnson
Cr. No. _____
"Information"